| | |
|---|---|
| **Date:** | Thursday, March 11 2021 10:29 AM |
| **Subject:** | Re: Tracers |
| **From:** | diane.kobrenski@cmc-nh.org |
| **To:** | Stratos, Katherine <katherine.stratos@cmc-nh.org>; |

This is amazing! Thank you so much for your help with all of this!!
Diane

---

**From:** "Stratos, Katherine" <katherine.stratos@cmc-nh.org>
**Sent:** Thursday, March 11, 2021 3:51 AM
**To:** "Kobrenski, Diane" <diane.kobrenski@cmc-nh.org>
**Subject:** Tracers

Confidential - Subject to Protective Order                                                                                                   DEF 000904